IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In Re: | ) |
| | ) |
| TRACY P. LAWRENCE | ) Case No.  11-36401-KLP |
| | ) |
| Debtor | ) |
| | ) Chapter 11 |
| BARTOW PLACE, LLC | ) |
| Movant | ) |
| | ) |
| v. | ) |
| | ) |
| TRACY P. LAWRENCE, Debtor | ) |
| | ) |
| Respondent | ) |

## ORDER GRANTING FOR RELIEF FROM AUTOMATIC STAY

The Motion for Relief from the Automatic Stay of Bartow Place, LLC came on for preliminary hearing January 7, 2014 on prior notice. Bartow Place, LLC appeared by counsel; the Debtor did not appear. The Debtor filed no response to the Motion for Relief.

It appearing proper to do so, the Court finding that cause exists to grant relief under 11 U.S.C. §362(d), it is:

ORDERED, that Bartow Place, LLC is granted relief from the automatic stay to file and pursue Virginia State Court unlawful detainer proceedings against the Debtor with respect to that certain premises known as 233 Bartow Alley, Unit Bartow 2, Petersburg, VA  23803, including seeking judgment for rents due and owing, subject to the terms of the discharge of the Debtor entered herein January 2, 2014.

DONE at Richmond, Virginia, this _____ day of January, 2014.

Order Proposed By:  W. R. Baldwin, III, VSB # 16988
Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3888
Fax:  (804) 285-7779
billbaldwin@comcast.net
Counsel for Movant

Jan 9 2014

/s/ Keith L. Phillips
Keith L. Phillips
United States Bankruptcy Judge

I ask for this:

Entered on Docket:1/9/14

_____/s/ W. R. Baldwin, III_____
W. R. Baldwin, III, VSB #16988
Marchant, Thorsen, Honey, Baldwin & Meyer, LLP
5600 Grove Avenue
Richmond, VA  23226
Voice:  (804) 285-3888
Fax:  (804) 285-7779
Email:
billbaldwin@comcast.net
billbaldwin@mthblaw.com
Counsel for Movant


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).


_____/s/ W. R. Baldwin, III_____


PARTIES TO RECEIVE COPIES

Movant
Counsel for Debtor
Lynn L. Tavenner, Trustee

Copy Mailed to:

Tracy P. Lawrence, Debtor

2

828 Faye Street
Richmond, VA 23224

3